**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-20-00284-CV**
_____

**TRUNORTH WARRANTY PLANS OF NORTH AMERICA, LLC,**
**Appellant**

**V.**

**KKC TRUCKING, LLC, Appellee**

_____

**On Appeal from the 60th District Court**
**Jefferson County, Texas**
**Trial Cause No. B-206,431**

_____

**MEMORANDUM OPINION**

Appellant TruNorth Warranty Plans of North America, LLC filed a motion to dismiss this appeal. This motion is voluntarily made by appellant prior to any decision of this Court. *See* Tex. R. App. P. 42.1(a)(1). No other party filed notice of appeal. We grant the motion and dismiss the appeal.

1

APPEAL DISMISSED.

PER CURIAM

Submitted on January 20, 2021
Opinion Delivered January 21, 2021

Before Golemon, C.J., Kreger and Johnson, JJ.